ACCEPTED
06-15-00035-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/21/2015 4:25:27 PM
DEBBIE AUTREY
CLERK

06-15-00035-CR

## CAUSE NO. 06-15-00009-CR

FILED IN
6TH COURT OF APPEALS
TEXARKANA, TEXAS
8/21/2015 4:25:27 PM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| **CEDRICK CARLDWELL** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **FOR THE SIXTH DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **OF THE STATE OF TEXAS** |

## STATE'S FIRST MOTION TO EXTEND TIME
## FOR FILING STATE'S BRIEF

THE STATE OF TEXAS, by and through the undersigned Assistant District Attorney, respectfully moves the Court to extend the time for filing of the Appellee's Brief in accordance with Rule 10.5 of the Texas Rules of Appellate Procedure. In support of its motion, the State respectfully offers the following:

1. The Appellee's brief is due Monday, August 24, 2015, and I have not completed it. This is the State's first motion to extend time in this case.

2. The State seeks an additional 30 days, until Wednesday, September 23, 2015. The undersigned will, nonetheless, attempt to complete and file the State's brief prior to the extended deadline.

3. The undersigned attorney is responsible for all post-conviction prosecution for the Gregg County Criminal District Attorney's Office, including direct appeals and applications for habeas corpus, bond forfeitures and traffic citation appeals.

In the past 30 days the undersigned attorney has worked on the following:

A. Appellate brief s in three cases:

   1. *Waldroup v. State,* 06-15-00062-CR, filed July 31, 2015.
   2. *Jackson v. State,* 06-15-00036--CR filed Monday, August 17, 2015.
   3. *Alex v.State,* 06-15-00054-CR, filed today August 21, 2015.

B.     Responses to three habeas applications:

1.     *Ex parte Howard,* 37568-A-H-3, filed July 29, 2015.
2.     *Ex parte Cline,* 16,318-A-H-2, filed August 3, 2015.
3.     *Ex parte Compasano,* 44,050 a-h-1 reviewed and returned for noncompliance, August 4, 2015.

C.     Response to motion for rehearing in *Mallard v. State,* 12-15-00012-CR, filed on August 10, 2015.

4.     In the next 30 days the undersigned attorney has briefing deadlines in the following cases in addition to this one:

A.     Habeas response for *Tems, James Calvin*, 31,687-B-H- ?

B.     Response, if any, to PDR *Schelling v. State*, 43,049-B also due August 24, 2015.

5.     Appellant relies on the following facts as good cause for the requested extension:   The undersigned attorney has completed three briefs, three habeas responses, and a response to a motion for rehearing within the last thirty days.

Additionally, I have not been able to read the reporter's record in this case. The copy held by the District Clerk was checked out by Clement Dunn (Appellate Counsel to Cedrick Carldwell) and has not been returned, despite two requests from the District Clerk at my behest.  My email directly to Dunn earlier today has gone unanswered, and his telephone voice mailbox is full. The court reporter is on vacation. In order to give this brief the attention it deserves, I must ask for an extension.

6.     This extension is not requested for purposes of delay, but so that justice may be done.

Respectfully submitted,

/s/Zan Colson Brown

 Zan Colson Brown
Texas Bar No. 03205900
Assistant District Attorney
101 East Methvin St., Suite 333
Longview, TX  75601
Telephone: (903) 236–8440
Facsimile:  (903) 236–3701
E-mail: zan.brown@co.gregg.tx.us

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record by electronic transmission to:

Mr. Clement Dunn
140 E Tyler, Suite 240
Longview, Texas 75601
clementdunn@aol.com

This 21st day of August, 2015.

/s/ ZanColsonBrown

Zan Colson Brown
Assistant District Attorney